**Dismissed and Memorandum Opinion filed July 2, 2013.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-13-00455-CR

---

**RAUL GARCIA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 176th District Court
Harris County, Texas
Trial Court Cause No. 1365300**

---

## M E M O R A N D U M   O P I N I O N

This is an attempted appeal of the denial of appellant's motion to dismiss his court-appointed attorney.

Generally, an appellate court only has jurisdiction to consider an appeal by a criminal defendant where there has been a final judgment of conviction. *Workman v. State*, 170 Tex. Crim. 621, 343 S.W.2d 446, 447 (1961); *McKown v. State*, 915 S.W.2d 160, 161 (Tex. App.—Fort Worth 1996, no pet.).

The denial of a motion to dismiss court-appointed attorney is not a separately appealable order. Because this appeal does not fall within the exceptions to the general rule that appeal may be taken only from a final judgment of conviction, we have no jurisdiction.

Accordingly, the appeal is ordered dismissed.


PER CURIAM



Panel consists of Justices Brown, Christopher, and McCally.
Do Not Publish — Tex. R. App. P. 47.2(b).